1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA
8                                      * * *
                                       )
9  IN RE KIRT ALAN KUMMER,             )
                                       )
10           Debtor.                    )      Appeal No.     3:08-CV-00674-LRH-VPC
                                       )
11 _____     )      Bktcy No.      BK-01-32786
                                       )
   UNITED STATES OF AMERICA,           )
12                                      )
             Appellant,                )
13                                      )      ORDER
     v.                                )
14                                      )
   KIRT ALAN KUMMER,                   )
15                                      )
             Appellee.                 )
16 _____     )

17        Before the court is Appellee Kirt Kummer's Motion to Extend Time to File Responding

18 Brief on Appeal and Respond to the United States' Motion to Reconsider Order Dated January 7,

19 2009 (#14).  Good cause appearing, Appellee is granted 15 days from the date of this order to file a

20 response to Appellant United States' motion for reconsideration (#12).

21        IT IS SO ORDERED.

22        DATED this 3rd day of February, 2009.

23

24                                      _____
25                                      LARRY R. HICKS
                                        UNITED STATES DISTRICT JUDGE
26